B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Campbell, Stuart Charles** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Campbell, Janine Marie** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Fabulous Finish** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Janine Marie Brookham; AKA Janine Marie Caseres** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-6722** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-2954** |
| Street Address of Debtor (No. and Street, City, and State):<br>**28292 Oregon Place**<br>**Sun City, CA**　　　　　　　　　ZIP Code **92587** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**28292 Oregon Place**<br>**Sun City, CA**　　　　　　　　　ZIP Code **92587** |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business:<br>**Riverside** |
| Mailing Address of Debtor (if different from street address):<br>　　　　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>　　　　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>　*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>　check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>　in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11　　of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13　☐ Chapter 15 Petition for Recognition<br>　　　　　　　　of a Foreign Nonmain Proceeding |
| --- | --- | --- |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>　under Title 26 of the United States<br>　Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,　☐ Debts are primarily<br>　defined in 11 U.S.C. § 101(8) as　　　business debts.<br>　"incurred by an individual primarily for<br>　a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>　attach signed application for the court's consideration certifying that the<br>　debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>　Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>　attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>　are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>　in accordance with 11 U.S.C. § 1126(b). |
| --- | --- |

**Statistical/Administrative Information**　***Karen E. Lockhart 164220***

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
　there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Campbell, Stuart Charles** <br> **Campbell, Janine Marie** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _/s/ Karen E. Lockhart_                 **June  5, 2014** <br>   Signature of Attorney for Debtor(s)         (Date) <br>    **Karen E. Lockhart 164220** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br>     (Name of landlord that obtained judgment) <br><br><br> _____ <br>     (Address of landlord) <br><br> ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Campbell, Stuart Charles***<br>***Campbell, Janine Marie*** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Stuart Charles Campbell***
Signature of Debtor **Stuart Charles Campbell**

X ***/s/ Janine Marie Campbell***
Signature of Joint Debtor **Janine Marie Campbell**

Telephone Number (If not represented by attorney)

***June 5, 2014***
Date

### Signature of Attorney*

X ***/s/ Karen E. Lockhart***
Signature of Attorney for Debtor(s)

**Karen E. Lockhart 164220**
Printed Name of Attorney for Debtor(s)

**Karen E. Lockhart,  Attorney At Law,  PLC**
Firm Name

**38975 Sky Canyon Drive**
**Suite 211**
**Murrieta, CA 92563**

Address

***Email: karen@attorneykarenlockhart.com***
**(951) 698-5191  Fax: (951) 698-5192**
Telephone Number

***June 5, 2014***                    **164220**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Central District of California

In re    *Stuart Charles Campbell*
       *Janine Marie Campbell*

                Debtor(s)

Case No.

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

      

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                            Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Stuart Charles Campbell*
                        *Stuart Charles Campbell*

Date:    **June 5, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Central District of California

In re   *Stuart Charles Campbell*
     *Janine Marie Campbell*             Case No. _____

                                   Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     */s/ Janine Marie Campbell*
                                  *Janine Marie Campbell*

Date:     *June  5, 2014*

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

*None*

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

*None*

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

*None*

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

*None*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____*Murrieta*_____ , California.

Date: _____*June 5, 2014*_____

*/s/ Stuart Charles Campbell*
_____
*Stuart Charles Campbell*
Signature of Debtor

*/s/ Janine Marie Campbell*
_____
*Janine Marie Campbell*
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                    F 1015-2.1.STMT.RELATED.CASES

B201 - Notice of Available Chapters (Rev. 11/12)                                    USBC, Central District of California

Name:      **Karen E. Lockhart 164220**
Address:   **38975 Sky Canyon Drive**
           **Suite 211**
           **Murrieta, CA 92563**
Telephone: **(951) 698-5191**        Fax:   **(951) 698-5192**

■ Attorney for Debtor
☐ Debtor in Pro Per

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
| **Stuart Charles Campbell**<br>**Janine Marie Campbell**<br>  **DBA Fabulous Finish**<br>  **AKA Janine Marie Brookham; AKA Janine Marie Caseres** | **NOTICE OF AVAILABLE CHAPTERS**<br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.   **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge**. The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

2.   **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)**

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

*Stuart Charles Campbell*
*Janine Marie Campbell* _____    X */s/ Stuart Charles Campbell*         **June 5, 2014**
Printed Name of Debtor                                            Signature of Debtor                        Date

Case No. (if known)  _____    X */s/ Janine Marie Campbell*          **June 5, 2014**
                                                                      Signature of Joint Debtor (if any)      Date

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Central District of California

In re    **Stuart Charles Campbell,**
**Janine Marie Campbell**

Case No. _____

_____ ,
Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 136,992.00 | | |
| B - Personal Property | Yes | 4 | 69,340.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 248,761.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,632.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | 243,310.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,509.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,506.00 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 206,332.00 | | |
| Total Liabilities | | | | 493,703.00 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Central District of California

In re    **Stuart Charles Campbell,**
         **Janine Marie Campbell**

_____ ,
                                    Debtors

Case No. _____

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | *1,632.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | *0.00* |
| Student Loan Obligations (from Schedule F) | *61,377.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | *0.00* |
| TOTAL | *63,009.00* |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | *4,509.00* |
| Average Expenses (from Schedule J, Line 22) | *4,506.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | *6,568.00* |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | *0.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | *1,632.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | *0.00* |
| 4. Total from Schedule F | | *243,310.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | *243,310.00* |

B6A (Official Form 6A) (12/07)

In re    **Stuart Charles Campbell,**                                        Case No. _____

       **Janine Marie Campbell**

_____,

                             Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3 beds: 2 baths: 1512 sqft Moblie Home built 2002** | **Fee simple** | **C** | **136,992.00** | **198,478.00** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | **136,992.00** | (Total of this page) |
|  | Total > | **136,992.00** |  |

  **_0_**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Stuart Charles Campbell,**                                                  Case No. _____

**Janine Marie Campbell**

,

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | **C** | **50.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Business Checking #5876 & #2533 PO Box 659754, San Antonio TX 78265** | **C** | **1,400.00** |
| | | | **Chase Personal Checking #8395 and Savings #3823 PO Box 659754, San Antonio TX 78265** | **C** | **350.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furnishings Location: Oregon Place, Sun City CA 92587** | **C** | **2,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Personal Clothing Location: Oregon Place, Sun City CA 92587** | **C** | **450.00** |
| 7. | Furs and jewelry. | | **Weddings Rings/Watches/Misc Jewelry Location: Oregon Place, Sun City CA 92587** | **C** | **500.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance as to Debtor $150,000 upon death only No cash value** | **C** | **0.00** |
| | | | **Term Life Insurance as to Co-Debtor $250,000 upon death only No cash value** | **C** | **0.00** |

Sub-Total >    **4,750.00**

(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Stuart Charles Campbell,**    Case No. _____

  **Janine Marie Campbell**

_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *Retirement as to Debtor* | *C* | *564.00* |
| | | *Retirement as to Co-Debtor through employer* | *C* | *4,500.00* |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | *2013 Federal & State Tax Refund $0.00, Debtor's owed* | *C* | *0.00* |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **5,064.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Stuart Charles Campbell,**          Case No. _____
       **Janine Marie Campbell**
                                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 Ford Edge** **Mileage 19,035** **Value through Kelley Blue Book private party value.** **Location: Oregon Place, Sun City CA 92587** | C | 19,926.00 |
| | | **1990 Jeep Wrangler** **Poor condition** **Valued through Nada** | C | 3,000.00 |
| | | **2002 Four Winds Class C RV** **Valued through Nada** **Location: Oregon Place, Sun City CA 92587** | C | 12,000.00 |
| | | **2005 Polarsis Off Road** **Not running** **Location: Oregon Place, Sun City CA 92587** | C | 500.00 |
| | | **2005 Kawaski Off Road** **Not Running** **Location: Oregon Place, Sun City CA 92587** | C | 500.00 |
| | | **2009 KLX 140 Kawaski** **Not running** **Location: Oregon Place, Sun City CA 92587** | C | 500.00 |

Sub-Total >      **36,426.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Stuart Charles Campbell,**
     **Janine Marie Campbell,**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2006 KLX 300 Kawaski**<br>**Not running**<br>**Location: Oregon Place, Sun City CA 92587** | **C** | **500.00** |
| | | **2008 Yamaha Rhino**<br>**Valued through motorcycles.yakaz.com**<br>**Location: Oregon Place, Sun City CA 92587** | **C** | **2,100.00** |
| | | **2006 trailer**<br>**Fair condition**<br>**Location: Oregon Place, Sun City CA 92587** | **C** | **500.00** |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | **X** | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery and equipment for business** | **C** | **20,000.00** |
| 30. Inventory. | **X** | | | |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

| | |
|---|---|
| Sub-Total > | **23,100.00** |
| (Total of this page) | |
| Total > | **69,340.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Stuart Charles Campbell,**                                   Case No. _____

          **Janine Marie Campbell**

                                                   ,

                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                              *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | C.C.P. § 703.140(b)(5) | *50.00* | *50.00* |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Business Checking #5876 & #2533**<br>**PO Box 659754, San Antonio TX 78265** | C.C.P. § 703.140(b)(5) | *1,400.00* | *1,400.00* |
| | | | |
| **Chase Personal Checking #8395 and Savings #3823**<br>**PO Box 659754, San Antonio TX 78265** | C.C.P. § 703.140(b)(5) | *350.00* | *350.00* |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household Furnishings**<br>**Location: Oregon Place, Sun City CA 92587** | C.C.P. § 703.140(b)(3) | *2,000.00* | *2,000.00* |
| | | | |
| **Wearing Apparel** | | | |
| **Personal Clothing**<br>**Location: Oregon Place, Sun City CA 92587** | C.C.P. § 703.140(b)(3) | *450.00* | *450.00* |
| | | | |
| **Furs and Jewelry** | | | |
| **Weddings Rings/Watches/Misc Jewelry**<br>**Location: Oregon Place, Sun City CA 92587** | C.C.P. § 703.140(b)(4) | *500.00* | *500.00* |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Term Life Insurance as to Debtor**<br>**$150,000 upon death only**<br>**No cash value** | C.C.P. § 703.140(b)(11)(C) | *0.00* | *0.00* |
| | | | |
| **Term Life Insurance as to Co-Debtor**<br>**$250,000 upon death only**<br>**No cash value** | C.C.P. § 703.140(b)(11)(C) | *0.00* | *0.00* |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Retirement as to Debtor** | C.C.P. § 703.140(b)(10)(E) | *564.00* | *564.00* |
| | | | |
| **Retirement as to Co-Debtor through employer** | C.C.P. § 703.140(b)(10)(E) | *4,500.00* | *4,500.00* |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1990 Jeep Wrangler**<br>**Poor condition**<br>**Valued through Nada** | C.C.P. § 703.140(b)(2) | *3,000.00* | *3,000.00* |
| | | | |
| **2005 Polarsis Off Road**<br>**Not running**<br>**Location: Oregon Place, Sun City CA 92587** | C.C.P. § 703.140(b)(5) | *500.00* | *500.00* |
| | | | |
| **2005 Kawaski Off Road**<br>**Not Running**<br>**Location: Oregon Place, Sun City CA 92587** | C.C.P. § 703.140(b)(5) | *500.00* | *500.00* |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re **Stuart Charles Campbell,**  **Janine Marie Campbell**,

Case No. _____

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2009 KLX 140 Kawaski**<br>**Not running**<br>**Location: Oregon Place, Sun City CA 92587** | **C.C.P. § 703.140(b)(5)** | **500.00** | **500.00** |
| **2006 KLX 300 Kawaski**<br>**Not running**<br>**Location: Oregon Place, Sun City CA 92587** | **C.C.P. § 703.140(b)(5)** | **500.00** | **500.00** |
| **2008 Yamaha Rhino**<br>**Valued through motorcycles.yakaz.com**<br>**Location: Oregon Place, Sun City CA 92587** | **C.C.P. § 703.140(b)(5)** | **2,100.00** | **2,100.00** |
| **2006 trailer**<br>**Fair condition**<br>**Location: Oregon Place, Sun City CA 92587** | **C.C.P. § 703.140(b)(5)** | **500.00** | **500.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business**<br>**Machinery and equipment for business** | **C.C.P. § 703.140(b)(6)**<br>**C.C.P. § 703.140(b)(5)** | **7,000.00**<br>**13,000.00** | **20,000.00** |

Total: **37,414.00** **37,414.00**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Stuart Charles Campbell,**
       **Janine Marie Campbell,**
                                              Case No. _____

                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0001** <br><br> **Arrowhead Central Credit Union** <br> **550 HOSPITALITY LANE** <br> **SAN BERNARDINO, CA 92408** | | C | **Opened  5/01/06  Last Active  1/10/14** <br> **Vehicle Loan** <br> **2002 Four Winds Class C RV** <br> **Valued through Nada** <br> **Location: Oregon Place, Sun City CA 92587** | | | | | |
| | | | Value $        **12,000.00** | | | | **18,695.00** | **0.00** |
| Account No. <br><br> **Arrowhead Central Credit Union** <br> **ATTN: BANKRUPTCY** <br> **PO BOX 735** <br> **SAN BERNARDINO, CA 92402** | | | **Representing:** <br> **Arrowhead Central Credit Union** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxxxxxxx3797** <br><br> **Chase Manhattan Mortgage** <br> **PO BOX 24696** <br> **COLUMBUS, OH 43224** | | C | **Opened  7/01/06  Last Active 11/20/13** <br> **Mortgage** <br> **3 beds: 2 baths: 1512 sqft** <br> **Moblie Home built 2002** | | | | | |
| | | | Value $        **136,992.00** | | | | **198,478.00** | **0.00** |
| Account No. <br><br> **Chase Manhattan Mortgage** <br> **ATTN: BANKRUPTCY DEPT** <br> **3415 VISION DR** <br> **COLUMBUS, OH 43219** | | | **Representing:** <br> **Chase Manhattan Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

___1___ continuation sheets attached

                                         Subtotal
                                    (Total of this page)        **217,173.00**        **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Stuart Charles Campbell,**
**Janine Marie Campbell**                                      Case No. _____

_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx0001** | | | **Opened 7/01/13 Last Active 1/23/14** **Vehicle Loan** **2013 Ford Edge** **Mileage 19,035** **Value through Kelley Blue Book private party value.** **Location: Oregon Place, Sun City CA 92587** | | | | | |
| **LBS FINANCIAL CU** **PO BOX 4860** **LONG BEACH, CA 90804** | | W | | | | | | |
| | | | Value $           **19,926.00** | | | | **31,588.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **31,588.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **248,761.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re **Stuart Charles Campbell,**                                    Case No. _____
       **Janine Marie Campbell**
                                                                                                      ,
_____
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Stuart Charles Campbell,**
     **Janine Marie Campbell**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx4739** <br><br> *City of Canyon Lake* <br> *c/o Citation Processing Center* <br> *Newport Beach, CA 92658-7275* | C | | **2012** <br><br> **Citation** | | | | 750.00 | 0.00 | 750.00 |
| Account No. **xxxxxxx7991** <br><br> *City of Canyon Lake* <br> *c/o Citation Processing Center* <br> *Newport Beach, CA 92658-7275* | C | | **2011** <br><br> **Citation** | | | | 375.00 | 0.00 | 375.00 |
| Account No. **xxxxx1048** <br><br> *Riverside Dept of Bldg and Safety* <br> *c/o Citation Processing Center* <br> *PO Box 2730* <br> *Huntington Beach, CA 92647-2730* | C | | **2008** <br><br> **Parking Citation** | | | | 75.00 | 0.00 | 75.00 |
| Account No. **xxxxxJMJC** <br><br> *Superior Court of Cal Riv Co* <br> *Processing Center* <br> *505 S Buena Vista Rm 201* <br> *Corona, CA 92882* | C | | **2008** <br><br> **Citation** | | | | 432.00 | 0.00 | 432.00 |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 1,632.00 | 1,632.00 |
| | Total (Report on Summary of Schedules) | 0.00 <br> 1,632.00 | 1,632.00 |

B6F (Official Form 6F) (12/07)

In re  **Stuart Charles Campbell,**
    **Janine Marie Campbell,**

                             Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **xxxxx8309** | | | | | **2013** **Gym Membership** | | | | |
| **24 Hour Fitness** **Member Services** **PO Box 2689** **Carlsbad, CA 92018** | | | | C | | | | | **100.00** |
| Account No.  **xxxxxxxxxxxx8076** | | | | | **Opened  9/01/07  Last Active  1/15/14** **Educational** | | | | |
| **ACADEMIC LOAN GRP/GLEL** **PO BOX 7860** **MADISON, WI 53707** | | | W | | | | | | **61,377.00** |
| Account No. | | | | | **Representing:** **ACADEMIC LOAN GRP/GLEL** | | | | |
| **Great Lakes** **Department of Education** **PO Box 530229** **Atlanta, GA 30353-0229** | | | | | | | | | **Notice Only** |
| Account No.  **xxxxx0365** | | | | | **2009** **Cancellation of Insurance** | | | | |
| **Affinion Group** **PO Box 41869** **Nashville, TN 37204-1869** | | | | C | | | | | **10.00** |

   **31**  continuation sheets attached

Subtotal
(Total of this page)

**61,487.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
    **Janine Marie Campbell**
                                       ,

Case No. _____

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx4300** <br><br> **All Dental of Menifee** <br> **27192 Newport Road Ste 2** <br> **Menifee, CA 92584** | | C | | **2012** <br> **Dental Bill** | | | | **900.00** |
| Account No. **xx0741** <br><br> **ASPEN National Collections** <br> **PO Box 5129** <br> **SPRING HILL, FL 34611** | | C | | **05 COLORADO RIVER ADVENTURES INC** | | | | **399.00** |
| Account No. **xxxxx6548** <br><br> **Asset Acceptance** <br> **PO BOX 1630** <br> **WARREN, MI 48090** | | W | | **Opened 6/01/11** <br> **Factoring Company Account CITIBANK** <br> **SEARS** | | | | **3,300.00** |
| Account No. <br><br> **Asset Acceptance** <br> **ATTN: BANKRUPCY DEPT** <br> **PO BOX 2036** <br> **WARREN, MI 48090** | | | | **Representing:** <br> **Asset Acceptance** | | | | **Notice Only** |
| Account No. **xxxxx2684** <br><br> **Asset Acceptance** <br> **PO BOX 1630** <br> **WARREN, MI 48090** | | W | | **Opened 6/01/11** <br> **Factoring Company Account CITIBANK** <br> **MASTERCARD** | | | | **1,888.00** |

Sheet no. __1__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,487.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart Charles Campbell,**
       **Janine Marie Campbell**                                         Case No. _____

                                                        ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Asset Acceptance ATTN: BANKRUPCY DEPT PO BOX 2036 WARREN, MI 48090** | | | | Representing: Asset Acceptance | | | | **Notice Only** |
| Account No. **xxxxxx4268** | | C | | 2012 Collection | | | | |
| **Asset Acceptance LLC c/o Law Office of Timothy Brown 10601-G Tierrasanta Blvd #4540 San Diego, CA 92124** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Law Office Timothy Brown 10601-G Tierrasanta Blvd #4540 San Diego, CA 92124** | | | | Representing: Asset Acceptance LLC | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx7766** | | C | | Opened 11/01/03 Last Active 7/24/09 Credit Card | | | | |
| **BANK OF AMERICA 4060 Ogletown Stanton Road Newark, DE 19713** | | | | | | | | **8,774.00** |
| Account No. | | | | | | | | |
| **Associated Recovery Systems PO Box 469046 Escondido, CA 92046-9046** | | | | Representing: BANK OF AMERICA | | | | **Notice Only** |

Sheet no. __2__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,774.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
        **Janine Marie Campbell**
                                                                            Case No. _____

                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **BANK OF AMERICA ATTENTION: RECOVERY DEPARTMENT 4161 PEIDMONT PKWY. GREENSBORO, NC 27410** | | | **Representing:** **BANK OF AMERICA** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Financial Asset Management System PO Box 451409 Atlanta, GA 31145-9409** | | | **Representing:** **BANK OF AMERICA** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx7404 | | H | **Opened 6/01/05 Last Active 7/20/09 Charge Account** | | | | |
| **BANK OF AMERICA PO BOX 982235 EL PASO, TX 79998** | | | | | | | **4,885.00** |
| Account No. | | | | | | | |
| **BANK OF AMERICA ATTN: BANKRUPTCY NC4-105-0314 PO BOX 26012 GREENSBORO, NC 27410** | | | **Representing:** **BANK OF AMERICA** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Frederick J Hanna & Associates 1427 Roswell Road Marietta, GA 30062** | | | **Representing:** **BANK OF AMERICA** | | | | **Notice Only** |

Sheet no. __3__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,885.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
**Janine Marie Campbell**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxx0778** | | | | **Opened  6/13/00  Last Active  7/17/09** **Credit Card- Account Transferred** | | | | |
| **BANK OF AMERICA** **DE5-019-03-07** **NEWARK, DE 19714** | | W | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **BANK OF AMERICA** **ATTENTION: RECOVERY DEPARTMENT** **4161 PEIDMONT PKWY.** **GREENSBORO, NC 27410** | | | | **Representing:** **BANK OF AMERICA** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Intergrity Financial Partners Inc** **4370 W 190th Street Ste 100** **Leawood, KS 66211** | | | | **Representing:** **BANK OF AMERICA** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx6454** | | | | **Opened  6/26/06  Last Active  7/17/09** **Credit Card- Account Transferred** | | | | |
| **BANK OF AMERICA** **4060 OGLETOWN/STANTON RD** **NEWARK, DE 19713** | | C | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bonded Collection Corporation** **29 E Madison Avenue** **Suite 1650** **Chicago, IL 60602** | | | | **Representing:** **BANK OF AMERICA** | | | | **Notice Only** |

Sheet no. __4__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
     **Janine Marie Campbell**                                                Case No. _____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W JC | | | | | | |
| Account No. | | | | | | | | |
| **McGuigan Law Office, LLC 311 Veterans Hwy Suite 100A Levittown, PA 19056** | | | | **Representing: BANK OF AMERICA** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-5568** | | | | 2009 Credit Card | | | | |
| **Bank of America PO Box 15026 Wilmington, DE 19850-5026** | C | | | | | | | 7,688.00 |
| Account No. **xxxx-xxxx-xxxx-5620** | | | | 2009 Credit Card | | | | |
| **Bank of America PO Box 15026 Wilmington, DE 19850-5026** | C | | | | | | | 7,481.00 |
| Account No. **xxxx-xxxx-xxxx-4218** | | | | 2009 Credit Card | | | | |
| **Bank of America PO Box 15026 Wilmington, DE 19850-5026** | C | | | | | | | 2,246.00 |
| Account No. | | | | | | | | |
| **FMA Alliance 12339 Cutten Road Houston, TX 77066** | | | | **Representing: Bank of America** | | | | **Notice Only** |

Sheet no. __5___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 17,415.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
      **Janine Marie Campbell**                                                Case No. _____

                                                    Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8542** | | | **2010** **Overdrawn Account** | | | | |
| **Bank Of America** **Attn: Bankruptcy NC4-105-02-99** **PO Box 26012** **Greensboro, NC 27410** | **C** | | | | | | **2,414.00** |
| Account No. | | | | | | | |
| **Firstsource Advantage, LLC** **205 Bryant Woods South** **Buffalo, NY 14228** | | | **Representing:** **Bank Of America** | | | | *Notice Only* |
| Account No. | | | | | | | |
| **Penncro Associates Inc** **95 James Way Ste 113** **Southampton, PA 18966-3847** | | | **Representing:** **Bank Of America** | | | | *Notice Only* |
| Account No. **xxxxxx5443** | | | **2010** **Overdrawn Checking Account** | | | | |
| **Bank Of America** **Attn: Bankruptcy NC4-105-02-99** **PO Box 26012** **Greensboro, NC 27410** | **C** | | | | | | **526.00** |
| Account No. | | | | | | | |
| **Enhanced Recovery Company LLC** **8014 Bayberry Road** **Jacksonville, FL 32256-7412** | | | **Representing:** **Bank Of America** | | | | *Notice Only* |

Sheet no. __**6**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **2,940.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**       Case No. _____
      **Janine Marie Campbell**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Nation Financial Group Inc** **6110 Executive Blvd Ste 100** **Rockville, MD 20852** | | | **Representing:** **Bank Of America** | | | | ***Notice Only*** |
| Account No. | | | | | | | |
| **RJM Acquisitions LLC** **575 Underhill Blvd, Ste 224** **Syosset, NY 11791-3416** | | | **Representing:** **Bank Of America** | | | | ***Notice Only*** |
| Account No. **xxxxxx9852** | | | **2009** **Cancelled Subscription** | | | | |
| **Bicycling** **PO Box 7308** **Red Oak, IA 51591-0308** | C | | | | | | ***17.00*** |
| Account No. **xx2230** | | | **2007** **Medical Bill** | | | | |
| **CA EMER PHYS *INLAND VALLEY** **PO Box 582663** **Modesto, CA 95358-0046** | C | | | | | | ***51.00*** |
| Account No. **xxxxxxxx-0001** | | | **2008** **Collection for Menifee Valley Medical Group** | | | | |
| **California Business Bureau** **1711 South Mountain Ave** **Monrovia, CA 91016** | C | | | | | | ***52.00*** |

Sheet no. __7__ of __31__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)       **120.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
      **Janine Marie Campbell**                                               Case No. _____
                                                                    ,
                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1187**<br><br>**Calvary Portfolio Services**<br>**PO BOX 27288**<br>**TEMPE, AZ 85285** | | H | **Opened 8/01/11**<br>**Collection Attorney HSBC BANK NEVADA** | | | | **2,303.00** |
| Account No.<br><br>**Calvary Portfolio Services**<br>**ATTENTION: BANKRUPTCY DEPARTMENT**<br>**500 SUMMIT LAKE DR. SUITE 400**<br>**VALHALLA, NY 10595** | | | **Representing:**<br>**Calvary Portfolio Services** | | | | **Notice Only** |
| Account No. **xxxx5820**<br><br>**Calvary Portfolio Services**<br>**PO BOX 27288**<br>**TEMPE, AZ 85285** | | W | **Opened 10/01/10**<br>**Collection Attorney GE MONEY BANK** | | | | **2,242.00** |
| Account No.<br><br>**Calvary Portfolio Services**<br>**ATTENTION: BANKRUPTCY DEPARTMENT**<br>**500 SUMMIT LAKE DR. SUITE 400**<br>**VALHALLA, NY 10595** | | | **Representing:**<br>**Calvary Portfolio Services** | | | | **Notice Only** |
| Account No. **xxxxxxxxxx9159**<br><br>**CAP1/YMAHA**<br>**26525 N RIVERWOODS BLVD**<br>**METTAWA, IL 60045** | | H | **Opened 11/18/07  Last Active 9/02/10**<br>**Charge Account- Account Transferred** | | | | **Unknown** |

Sheet no. __8__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,545.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stuart Charles Campbell,**    Case No. _____
  **Janine Marie Campbell**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxx6582** <br><br>**Capital 1 Bank**<br>**PO Box 30281**<br>**SALT LAKE CITY, UT 84130** | | **W** | | **Opened 9/01/00 Last Active 7/29/09**<br>**Credit Card** | | | | **881.00** |
| Account No. <br><br>**Capital 1 Bank**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO BOX 30285**<br>**SALT LAKE CITY, UT 84130** | | | | **Representing:**<br>**Capital 1 Bank** | | | | **Notice Only** |
| Account No. <br><br>**Northland Group Inc**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | | | **Representing:**<br>**Capital 1 Bank** | | | | **Notice Only** |
| Account No. <br><br>**Regional Adjustment Bureau**<br>**PO Box 34111**<br>**Memphis, TN 38184-0111** | | | | **Representing:**<br>**Capital 1 Bank** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx7159** <br><br>**Capital One Services**<br>**PO Box 85015**<br>**Richmond, VA 23285-5015** | | **C** | | **2010**<br>**Credit Card** | | | | **2,950.00** |

Sheet no. __9__ of __31__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)     **3,831.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart Charles Campbell,**
　　　 **Janine Marie Campbell**                                                                   Case No. _____
_____,
　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx7649** | | | **Opened 6/01/00 Last Active 1/16/14 Credit Card** | | | | |
| **CHASE**<br>**PO BOX 15298**<br>**WILMINGTON, DE 19850** | | W | | | | | |
| | | | | | | | **143.00** |
| Account No. **xxxxxxxxxxx8525** | | | **Opened 1/09/07 Last Active 7/08/11 Credit Card- Account Transferred** | | | | |
| **CHASE**<br>**PO BOX 15298**<br>**WILMINGTON, DE 19850** | | W | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Financial Asset Management System**<br>**PO Box 451409**<br>**Atlanta, GA 31145-9409** | | | **Representing:**<br>**CHASE** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **FMA Alliance**<br>**12339 Cutten Road**<br>**Houston, TX 77066** | | | **Representing:**<br>**CHASE** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Credit Management**<br>**8875 Aero Drive, Ste 200**<br>**San Diego, CA 92123** | | | **Representing:**<br>**CHASE** | | | | **Notice Only** |

Sheet no. __10__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**143.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart Charles Campbell,**
        **Janine Marie Campbell**                                                     Case No. _____

                                                                          ,
                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Viking Collection Service Inc** **PO Box 59207** **Minneapolis, MN 55459-0207** | | | | **Representing:** **CHASE** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx7207** | | C | | **Opened 6/21/06 Last Active 7/10/09** **Credit Card- Account Transferred** | | | | |
| **CHASE** **PO BOX 15298** **WILMINGTON, DE 19850** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Midland Credit Management** **8875 Aero Drive, Ste 200** **San Diego, CA 92123** | | | | **Representing:** **CHASE** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx1542** | | C | | **Opened 2/27/08 Last Active 3/09/10** **Credit Card- Account Transferred** | | | | |
| **CHASE** **PO BOX 15298** **WILMINGTON, DE 19850** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Central Credit Services Inc** **PO Box 15118** **Jacksonville, FL 32239-5118** | | | | **Representing:** **CHASE** | | | | **Notice Only** |

Sheet no. __11__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
    **Janine Marie Campbell**                                                    Case No. _____

                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MRS Associates** 1930 Olney Ave Cherry Hill, NJ 08003 | | | **Representing: CHASE** | | | | **Notice Only** |
| Account No. **xxxxxxx5481** **CHASE** PO BOX 6004 RIDGELAND, MS 39158 | | W | **Opened 3/01/06 Last Active 6/12/06 Educational** | | | | **Unknown** |
| Account No. **xxxxxxx5480** **CHASE** PO BOX 6004 RIDGELAND, MS 39158 | | W | **Opened 3/01/06 Last Active 6/12/06 Educational** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-0639** **Citi Cards** PO Box 6000 The Lakes, NV 89163-6000 | | C | **2009 Credit Card** | | | | **3,374.00** |
| Account No. **Richard J Boudreau & Associates** 5 Industrial Way Salem, NH 03079 | | | **Representing: Citi Cards** | | | | **Notice Only** |

Sheet no. __12__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,374.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
**Janine Marie Campbell**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-8876** <br><br> **Citi Cards Services Inc** <br> **PO Box 6494** <br> **Sioux Falls, SD 57117-6494** | | **C** | | **2009** <br> **Credit Card** | | | | **1,206.00** |
| Account No. <br><br> **Asset Acceptance** <br> **PO Box 2036** <br> **Warren, MI 48090** | | | | Representing: <br> **Citi Cards Services Inc** | | | | **Notice Only** |
| Account No. <br><br> **Brachfeld Law Group PC** <br> **880 Apollo St Ste 155** <br> **El Segundo, CA 90245** | | | | Representing: <br> **Citi Cards Services Inc** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx2752** <br><br> **Citibank USA** <br> **PO BOX 6497** <br> **SIOUX FALLS, SD 57117** | | **W** | | **Opened  4/01/08  Last Active  7/06/09** <br> **Charge Account** | | | | **10,489.00** |
| Account No. <br><br> **APM Financial Solutions LLC** <br> **2C South Gold Drive** <br> **Trenton, NJ 08691** | | | | Representing: <br> **Citibank USA** | | | | **Notice Only** |

Sheet no. __13__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,695.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**                                        Case No. _____
    **Janine Marie Campbell**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **B&T Financial Services** **211 Perry Parkway Ste 6** **Gaithersburg, MD 20877** | | | **Representing:** **Citibank USA** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Capital Management Services, LP** **726 Exchange Street Suite 700** **Buffalo, NY 14210** | | | **Representing:** **Citibank USA** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Citibank USA** **CITICORP /ATTN:CENTRALIZED BK** **PO BOX 20507** **KANSAS CITY, MO 64195** | | | **Representing:** **Citibank USA** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx9847 | | H | **Opened 1/01/06 Last Active 7/28/09** **Charge Account** | | | | |
| **Citibank USA** **PO BOX 6497** **SIOUX FALLS, SD 57117** | | | | | | | **3,414.00** |
| Account No. | | | | | | | |
| **Citibank USA** **CITICORP/ATTN:CENTRALIZED BK** **PO BOX 20507** **KANSAS CITY, MO 64195** | | | **Representing:** **Citibank USA** | | | | **Notice Only** |

Sheet no. __14__ of __31__ sheets attached to Schedule of              Subtotal            | **3,414.00** |
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart Charles Campbell,**
   **Janine Marie Campbell**
                                           ,
                                 Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Northland Group Inc <br>PO Box 390846 <br>Minneapolis, MN 55439** | | | **Representing: <br>Citibank USA** | | | | **Notice Only** |
| Account No. **xxxxx4700** <br><br>**COAST CENTRAL CREDIT UNION <br>2650 HARRISON AVE <br>EUREKA, CA 95501** | | W | **Opened 5/13/97 Last Active 2/10/14 <br>Credit Card** | | | | **539.00** |
| Account No. **xxxxxxxxxxxx4874** <br><br>**COMENITY BANK/FASHBUG** | | W | **Opened 8/12/09 Last Active 11/25/10 <br>Charge Account** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx0993** <br><br>**COMENITY BANK/LNBRYANT <br>4590 E BROAD ST <br>COLUMBUS, OH 43213** | | W | **Opened 4/01/13 Last Active 1/17/14 <br>Charge Account** | | | | **668.00** |
| Account No. **xxxxxxxxxxxx8574** <br><br>**COMENITY BANK/PIER 1 <br>4590 E BROAD ST <br>COLUMBUS, OH 43213** | | W | **Opened 8/01/13 Last Active 10/16/13 <br>Charge Account** | | | | **Unknown** |

Sheet no. __15__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,207.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
      **Janine Marie Campbell**
                                                                    Case No. _____
                                                                    ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx xxxx x1555** <br><br> **Credit Collection Services** <br> **Two Wells Avenue** <br> **Dept 773** <br> **Newton Center, MA 02459** | C | | | **2011** <br> **Collection for Mid-Century Insurance Company** | | | | **22.00** |
| Account No. **xx xxxx x1234** <br><br> **Credit Collection Services** <br> **Two Wells Avenue** <br> **Dept 773** <br> **Newton Center, MA 02459** | C | | | **2011** <br> **Collection for Farmers Insuance Group** | | | | **303.00** |
| Account No. **xxxxxxxxxxxx5029** <br><br> **DISCOVER FIN SVCS LLC** <br> **PO BOX15316** <br> **WILMINGTON, DE 19850** | W | | | **Opened 11/01/05  Last Active  7/31/09** <br> **Credit Card** | | | | **3,614.00** |
| Account No. <br><br> **Capital Management Services, LP** <br> **726 Exchange Street Suite 700** <br> **Buffalo, NY 14210** | | | | **Representing:** <br> **DISCOVER FIN SVCS LLC** | | | | **Notice Only** |
| Account No. <br><br> **Financial Recovery Service** <br> **PO Box 385908** <br> **Minneapolis, MN 55438-5908** | | | | **Representing:** <br> **DISCOVER FIN SVCS LLC** | | | | **Notice Only** |

Sheet no. __16__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **3,939.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
**Janine Marie Campbell**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx-16-32** | | | | | **2011** **Cancellation of Policy** | | | | |
| **Farmers Insurance** **PO Box 894883** **Los Angeles, CA 90189-4883** | C | | | | | | | | 668.00 |
| Account No. **xxxxx6519** | | | | | **2007** **Collection for Southwest Healthcare System** | | | | |
| **Financial Corporation of America** **12515 Research Blvd, Bldg 2** **Suite 100** **Austin, TX 78759** | C | | | | | | | | 50.00 |
| Account No. **xxxxx0037** | | | | | **2007** **Collection for Inland Valley Southwest Health Care** | | | | |
| **Financial Corporation of America** **12515 Research Blvd, Bldg 2** **Suite 100** **Austin, TX 78759** | C | | | | | | | | 49.00 |
| Account No. **xxxxx3419** | | | | | **2009** **Vehicle Loan- Car returned in 5/27/2010** | | | | |
| **Fireside Auto Finance** **PO Box 9080** **Pleasanton, CA 94566-9080** | C | | | | | | | | 3,618.00 |
| Account No. **xxx xxx xxx 264 6** | | | | | **2010** **Cancellation of Policy** | | | | |
| **Foremost Insurance Company** **PO Box 0915** **Carol Stream, IL 60132-0915** | C | | | | | | | | 369.00 |

Sheet no. __17__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,754.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart Charles Campbell,**                                                    Case No. _____
         **Janine Marie Campbell**
                                                                        ,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *xxxxxxxxxxx7385*<br><br>**Ge Capital Credit Card**<br>**PO BOX 981439**<br>**EL PASO, TX 79998** | | W | **Opened 10/31/04  Last Active  1/10/14**<br>**Charge Account- ACCOUNT IN DISPUTE** | | | X | **0.00** |
| Account No.<br><br>**Ge Capital Credit Card**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 103104**<br>**ROSWELL, GA 30076** | | | **Representing:**<br>**Ge Capital Credit Card** | | | | **Notice Only** |
| Account No.  *xxxxx9832*<br><br>**GE Money Bank**<br>**Attn:  Bankruptcy Department**<br>**PO Box 103014**<br>**Roswell, GA 30076** | | C | **2011**<br>**Credit Card** | | | | **Unknown** |
| Account No. *xxxxxxxxxxx0265*<br><br>**GECRB/Gap**<br>**PO BOX 965005**<br>**ORLANDO, FL 32896** | | W | **Opened 12/26/07  Last Active  8/07/09**<br>**Credit Card- Account Transferred** | | | | **Unknown** |
| Account No.<br><br>**Cavalry Portfolio Services LLC**<br>**PO Box 1017**<br>**Hawthorne, NY 10532** | | | **Representing:**<br>**GECRB/Gap** | | | | **Notice Only** |

Sheet no. __18__ of __31__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
      **Janine Marie Campbell**
                                                                Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GECRB/Gap ATTN: BANKRUPTCY PO BOX 103104 ROSWELL, GA 30076** | | | Representing: GECRB/Gap | | | | *Notice Only* |
| Account No. **Leading Edge Recovery Solutions PO Box 129 Linden, MI 48451-0129** | | | Representing: GECRB/Gap | | | | *Notice Only* |
| Account No. **Northland Group Inc PO Box 390846 Minneapolis, MN 55439** | | | Representing: GECRB/Gap | | | | *Notice Only* |
| Account No. **xxxxxxxxxxxx2136** **GECRB/LOWES PO BOX 965005 ORLANDO, FL 32896** | C | | Opened 2/01/03 Last Active 2/05/14 Charge Account | | | | *867.00* |
| Account No. **GECRB/LOWES ATTENTION: BANKRUPTCY DEPARTMENT PO BOX 103104 ROSWELL, GA 30076** | | | Representing: GECRB/LOWES | | | | *Notice Only* |

Sheet no. __19__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

*867.00*

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart Charles Campbell,**
      **Janine Marie Campbell**                                               Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx1738** <br><br> **HSBC BANK** <br> **95 WASHINGTON STREET** <br> **BUFFALO, NY 14203** | | H | **Opened 1/14/04 Last Active 8/01/11** <br> **Credit Card- Account Transferred** | | | | **Unknown** |
| Account No. <br><br> **Accounts Recievable Management** <br> **PO Box 129** <br> **Thorofare, NJ 08086** | | | **Representing:** <br> **HSBC BANK** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx1258** <br><br> **HSBC Card Services** <br> **PO Box 80084** <br> **Salinas, CA 93912-0084** | | C | **2009** <br> **Credit Card** | | | | **723.00** |
| Account No. <br><br> **Bass & Associates** <br> **3936 E Fort Lowell Road** <br> **Ste 200** <br> **Tucson, AZ 85712-1083** | | | **Representing:** <br> **HSBC Card Services** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx7159** <br><br> **HSBC Retail Services** <br> **PO Box 15521** <br> **Wilmington, DE 19850-5521** | | C | **2010** <br> **Credit- Kawasaki** | | | | **4,286.00** |

Sheet no. __20__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        **5,009.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
    **Janine Marie Campbell**                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx9159 **HSBC Retail Services** **PO Box 15521** **Wilmington, DE 19850-5521** | C | | 2010 Credit- Yamaha | | | | 17,752.00 |
| Account No. **Allied Interstate** **3000 Corporate Exchange Dr** **5th Floor** **Columbus, OH 43231** | | | Representing: HSBC Retail Services | | | | Notice Only |
| Account No. xxxxxxx2865 **Kaiser Permanente** **Parsons West - 4th Floor** **393 East Walnut Street** **Pasadena, CA 91188** | C | | 2007/2008 Medical Bill | | | | 50.00 |
| Account No. xxxxxxxxxxx6705 **KOHLS/CAPONE** **N56 W 17000 RIDGEWOOD DR** **MENOMONEE FALLS, WI 53051** | | W | Opened 12/01/08 Last Active 11/08/12 Charge Account | | | | 421.00 |
| Account No. xxxxx4268 **Law Office of Timothy Brown** **10601-G Tierransanta Blvd #4540** **San Diego, CA 92124** | C | | 2014 Attorney for Asset Acceptance- Attorney fees/costs | | | | Unknown |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                18,223.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
     **Janine Marie Campbell**                                      Case No. _____
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *xxxxxx6728*<br><br>**Law Offices of Kenosian & Miele**<br>**8581 Santa Monica Blvd Ste 17**<br>**West Hollywood, CA 90069** | | C | **2013**<br>**Attorney for Unifund CCR- Attorney fees/costs** | | | | **Unknown** |
| Account No. *xxxx7267*<br><br>**Leading Edge Recovery Solutions**<br>**PO Box 129**<br>**Linden, MI 48451-0129** | | C | **2011**<br>**Collection for LVNV Funding** | | | | **2,773.00** |
| Account No. *xxx5590*<br><br>**MCMAHANS FUR**<br>**2350 ATHENS AVE**<br>**REDDING, CA 96001** | | C | **Opened 12/26/99  Last Active 10/20/04**<br>**Charge Account** | | | | **Unknown** |
| Account No. *xxxxxxxx-0899*<br><br>**Medical Billing Services**<br>**PO Box 19785**<br>**Irvine, CA 92623-9785** | | C | **2008**<br>**Collection for Menifee Valley Medical Center** | | | | **50.00** |
| Account No. *xx-xx8136*<br><br>**Midland Credit Management**<br>**8875 Aero Drive, Ste 200**<br>**San Diego, CA 92123** | | C | **2014**<br>**Collection for Asset Acceptance/Original Creditor Citibank** | | | | **5,451.00** |

Sheet no. __22__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **8,274.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
      **Janine Marie Campbell**
_____,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4130**<br><br>**MIDLAND FUNDING**<br>**8875 AERO DR STE 200**<br>**SAN DIEGO, CA 92123** | | H | **Opened 9/01/11**<br>**Factoring Company Account CHASE BANK USA N.A.** | | | | **12,214.00** |
| Account No. **xxxxxx1286**<br><br>**MIDLAND FUNDING**<br>**8875 AERO DR STE 200**<br>**SAN DIEGO, CA 92123** | | H | **Opened 12/01/10**<br>**Factoring Company Account CITIBANK USA N.A** | | | | **8,866.00** |
| Account No. **xxxxxx3259**<br><br>**MIDLAND FUNDING**<br>**8875 AERO DR STE 200**<br>**SAN DIEGO, CA 92123** | | H | **Opened 12/01/12**<br>**Factoring Company Account TARGET NATIONAL BANK** | | | | **2,614.00** |
| Account No. **xxxxxx7701**<br><br>**MIDLAND FUNDING**<br>**8875 AERO DR STE 200**<br>**SAN DIEGO, CA 92123** | | W | **Opened 6/01/11**<br>**Factoring Company Account TARGET NATIONAL BANK** | | | | **2,192.00** |
| Account No. **xxxxxx5933**<br><br>**MIDLAND FUNDING**<br>**8875 AERO DR STE 200**<br>**SAN DIEGO, CA 92123** | | W | **Opened 1/01/12**<br>**Factoring Company Account CHASE BANK USA N.A.** | | | | **1,684.00** |

Sheet no. __23__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,570.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
**Janine Marie Campbell**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. *xxxxx9151* <br><br> **MIDLAND FUNDING** <br> **8875 AERO DR STE 200** <br> **SAN DIEGO, CA 92123** | | H | | **Opened 5/01/12** <br> **Factoring Company Account CHASE BANK** <br> **USA N.A.** | | | | **711.00** |
| Account No. *x9067* <br><br> **Paul Kingston Esq** <br> **Attorneys at Law** <br> **6320 Commodore Sloat Dr** <br> **Los Angeles, CA 90048-5496** | | C | | **2007** <br> **Collections** | | | | ***Unknown*** |
| Account No. *xx6540* <br><br> **Pinnacle Credit Service** <br> **PO Box 5617** <br> **HOPKINS, MN 55343** | | W | | **Opened 6/01/10** <br> **Factoring Company Account CITIBANK** | | | | **13,464.00** |
| Account No. <br><br> **APM Financial Solutions LLC** <br> **2C South Gold Drive** <br> **Trenton, NJ 08691** | | | | **Representing:** <br> **Pinnacle Credit Service** | | | | ***Notice Only*** |
| Account No. <br><br> **B&T Financial Serives** <br> **211 Perry Parkway Ste 6** <br> **Gaithersburg, MD 20877** | | | | **Representing:** <br> **Pinnacle Credit Service** | | | | ***Notice Only*** |

Sheet no. __24__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,175.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart Charles Campbell,**
       **Janine Marie Campbell**                                             Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pinnacle Credit Service** <br>**ATTN: BANKRUPTCY** <br>**PO BOX 640** <br>**HOPKINS, MN 55343** | | | **Representing:** <br>**Pinnacle Credit Service** | | | | **Notice Only** |
| Account No. **xx4807** <br><br>**Pinnacle Credit Service** <br>**PO Box 5617** <br>**HOPKINS, MN 55343** | | H | **Opened  6/01/10** <br>**Factoring Company Account CITIBANK** | | | | **4,343.00** |
| Account No. <br><br>**Pinnacle Credit Service** <br>**ATTN: BANKRUPTCY** <br>**PO BOX 640** <br>**HOPKINS, MN 55343** | | | **Representing:** <br>**Pinnacle Credit Service** | | | | **Notice Only** |
| Account No. **x0118** <br><br>**Renner** <br>**PO Box 4868** <br>**Eureka, CA 95502-4868** | | C | **2009** <br>**Invoice** | | | | **412.00** |
| Account No. **xxxxx5443** <br><br>**RJM ACQ LLC** <br>**575 UNDERHILL BLVD** <br>**SYOSSET, NY 11791** | | H | **Opened 12/01/11** <br>**Factoring Company Account BANK OF AMERICA CHECKING ACCOU** | | | | **526.00** |

Sheet no. __**25**__ of __**31**__ sheets attached to Schedule of                        Subtotal                  **5,281.00**
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
**Janine Marie Campbell**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RJM ACQ LLC** <br> **575 UNDERHILL BLVD SUITE 224** <br> **SYOSSET, NY 11791** | | | Representing: <br> RJM ACQ LLC | | | | *Notice Only* |
| Account No. **xxx x xx xxxxxx5032** <br><br> **Sams Club** <br> **Attention:  Bankruptcy Department** <br> **PO Box 105968** <br> **Atlanta, GA 30353** | C | | 2009 <br> Credit Card | | | | 997.00 |
| Account No. **xxxxxxxxxxxx5808** <br><br> **Sams Club / GEMB** <br> **PO BOX 965005** <br> **ORLANDO, FL 32896** | | W | Opened 10/01/08  Last Active  1/14/14 <br> Charge Account | | | | 445.00 |
| Account No. <br><br> **Sams Club / GEMB** <br> **ATTENTION:  BANKRUPTCY** <br> **DEPARTMENT** <br> **PO BOX 103104** <br> **ROSWELL, GA 30076** | | | Representing: <br> Sams Club / GEMB | | | | *Notice Only* |
| Account No. **xxxxxxxxxxxx8481** <br><br> **SEARS/CBNA** <br> **PO BOX 6189** <br> **SIOUX FALLS, SD 57117** | | W | Opened  1/01/00  Last Active  7/16/09 <br> Charge Account | | | | 2,663.00 |

Sheet no. __26__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,105.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
    **Janine Marie Campbell**
                                      ,
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | |
| Account No. <br><br>**Asset Acceptance LLC** <br>**PO Box 1630** <br>**Warren, MI 48090** | | | | **Representing:** <br>**SEARS/CBNA** | | | | **Notice Only** |
| Account No. **xxxxxxx65N1** <br><br>**STANISCCONTR** <br>**914 14TH ST** <br>**MODESTO, CA 95353** | | H | | **MED1 02 CALIF EMERGENCY PHYSICIANS** | | | | **178.00** |
| Account No. **xxxxx1248** <br><br>**Sutter Coast Hospitaal** <br>**File 73679** <br>**PO Box 60000** <br>**San Francisco, CA 94160** | | C | | **2009** <br>**Medical Bill** | | | | **342.00** |
| Account No. **xxxxxxxxxxx9384** <br><br>**TARGET N.B.** <br>**PO BOX 673** <br>**MINNEAPOLIS, MN 55440** | | W | | **Opened 12/22/02 Last Active 7/24/09** <br>**Credit Card- Account Transferred** | | | | **Unknown** |
| Account No. **xxxxxxxxxxx3195** <br><br>**TARGET N.B.** <br>**PO Box 673** <br>**MINNEAPOLIS, MN 55440** | | H | | **Opened 9/15/07 Last Active 7/06/09** <br>**Credit Card- Account Transferred** | | | | **Unknown** |

Sheet no. __27__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**520.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart Charles Campbell,**
     **Janine Marie Campbell**
                                           Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3488**<br><br>**Temecula Valley Paint Inc**<br>**27641 Commerce Center Drive**<br>**Temecula, CA 92590** | | C | **2009**<br>**Invoice** | | | | **517.00** |
| Account No. **xxxxxx2660**<br><br>**Temecula Valley Paint Inc**<br>**27641 Commerce Center Drive**<br>**Temecula, CA 92590** | | C | **2009**<br>**Invoice** | | | | **122.00** |
| Account No. **xxxxxxxxxxx7439**<br><br>**The Home Depot/CBSD**<br>**PO BOX 6497**<br>**SIOUX FALLS, SD 57117** | | C | **Opened 5/01/07 Last Active 7/03/09**<br>**Credit Card** | | | | **6,483.00** |
| Account No.<br><br>**NCO Financial Services**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | **Representing:**<br>**The Home Depot/CBSD** | | | | **Notice Only** |
| Account No.<br><br>**The Home Depot/CBSD**<br>**CITIBANK ATTN: CENTRALIZED BK**<br>**PO BOX 20363**<br>**KANSAS CITY, MO 64195** | | | **Representing:**<br>**The Home Depot/CBSD** | | | | **Notice Only** |

Sheet no. __**28**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,122.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
   **Janine Marie Campbell**
   _____,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx5509**<br><br>**The Press Enterprise**<br>**PO Box 22253**<br>**Beachwood, OH 44122-0253** | | C | | **2010**<br>**Cancellation Subscription** | | | | **57.00** |
| Account No. **None**<br><br>**The Talent Network**<br>**PO Box 78311**<br>**Corona, CA 92877** | | C | | **2008**<br>**Invoice** | | | | **Unknown** |
| Account No. **xxxxxx6728**<br><br>**Unifund CCR Partners**<br>**8665 Gibbs Drive Ste 150**<br>**San Diego, CA 92123** | | C | | **2013**<br>**Collection for Bank of America** | | | | **8,889.00** |
| Account No.<br><br>**Law Offices of Kenosian & Miele**<br>**8581 Santa Monica Blvd Ste 17**<br>**West Hollywood, CA 90069** | | | | **Representing:**<br>**Unifund CCR Partners** | | | | **Notice Only** |
| Account No. **xxxxxxxxxx0001**<br><br>**Verizon**<br>**PO BOX 26055**<br>**MINNEAPOLIS, MN 55426** | | W | | **Opened  3/01/10  Last Active  5/31/11** | | | | **715.00** |

Sheet no. __29__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,661.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**    Case No. _____
**Janine Marie Campbell**
                                                                    ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **CBE Group 1309 Tecnology Pkwy Cedar Falls, IA 50613** | | | | **Representing: Verizon** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **ER Solutions Inc PO Box 9004 Renton, WA 98057** | | | | **Representing: Verizon** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **ER Solutions Inc 800 SW 39th Street Renton, WA 98057** | | | | **Representing: Verizon** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Verizon VERIZON WIRELESS DEPARTMENT/ATTN: BANKRU PO BOX 3397 BLOOMINGTON, IL 61702** | | | | **Representing: Verizon** | | | | **Notice Only** |
| Account No. **xx9055** | | | | **2009 Invoice** | | | | |
| **Yellow Book Attention: Customer Service PO Box 3162 Cedar Rapids, IA 52406-3162** | **C** | | | | | | | **3,493.00** |

Sheet no. __30__ of __31__ sheets attached to Schedule of     Subtotal     **3,493.00**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Charles Campbell,**
      **Janine Marie Campbell**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Slater, Tenaglia, Fritz & Hunt** **PO Box 95000** **Philadelphia, PA 19195-4370** | | | | **Representing:** **Yellow Book** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __31__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |
| | Total (Report on Summary of Schedules) | **243,310.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

.

In re    **Stuart Charles Campbell,**                                    Case No. _____
         **Janine Marie Campbell**

_____ ,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Sprit Wireless**<br>**6391 Sprint Parkway**<br>**Overland Park, KS 66251-4300** | **2 year cell phone contract** |

*0*
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Stuart Charles Campbell,**                                                     Case No. _____
       **Janine Marie Campbell**
_____,
                          Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

*0*
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | *Stuart Charles Campbell* |
| Debtor 2 (Spouse, if filing) | *Janine Marie Campbell* |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | Occupation | *Self-Employeed* | *Special Education Teacher* |
| | Employer's name | | *Hemet Unified School District* |
| | Employer's address | | |
| | How long employed there? | *11 years* | *8 years and 9 months* |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ *0.00* | $ *6,118.00* |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ *0.00* | +$ *0.00* |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ *0.00* | $ *6,118.00* |

| Debtor 1 | **Stuart Charles Campbell** |
|---|---|
| Debtor 2 | **Janine Marie Campbell** |

Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ _____ **0.00** | $ _____ **6,118.00** |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ **0.00** | $ _____ **250.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ _____ **0.00** | $ _____ **525.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ _____ **0.00** | $ _____ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ _____ **0.00** | $ _____ **0.00** |
| | 5e. **Insurance** | 5e. | $ _____ **0.00** | $ _____ **392.00** |
| | 5f. **Domestic support obligations** | 5f. | $ _____ **0.00** | $ _____ **0.00** |
| | 5g. **Union dues** | 5g. | $ _____ **0.00** | $ _____ **0.00** |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ _____ **0.00** + | $ _____ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ _____ **0.00** | $ _____ **1,167.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ _____ **0.00** | $ _____ **4,951.00** |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ **-892.00** | $ _____ **0.00** |
| | 8b. **Interest and dividends** | 8b. | $ _____ **0.00** | $ _____ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ **0.00** | $ _____ **0.00** |
| | 8d. **Unemployment compensation** | 8d. | $ _____ **0.00** | $ _____ **0.00** |
| | 8e. **Social Security** | 8e. | $ _____ **0.00** | $ _____ **0.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ _____ **0.00** | $ _____ **0.00** |
| | 8g. **Pension or retirement income** | 8g. | $ _____ **0.00** | $ _____ **0.00** |
| | 8h. **Other monthly income.** Specify: *Father-In-Law* | 8h.+ | $ _____ **450.00** + | $ _____ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **-442.00** | $ **0.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **-442.00** + $ **4,951.00** = | $ **4,509.00** |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                                                                         11. +$ _____ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                    12. $ **4,509.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | *Stuart Charles Campbell* |
| Debtor 2 (Spouse, if filing) | *Janine Marie Campbell* |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                        12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**                    ☐ No

   Do not list Debtor 1 and Debtor 2.          ☐ Yes. Fill out this information for each dependent...........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| *Father-In-Law* | | ☐ No   ■ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $      1,508.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $      0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $      0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $      75.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $      0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $      0.00 |

Debtor 1    *Stuart Charles Campbell*

Debtor 2    *Janine Marie Campbell*                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | *225.00* |
| | 6b. | Water, sewer, garbage collection | 6b. $ | *75.00* |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | *250.00* |
| | 6d. | Other. Specify: | 6d. $ | *0.00* |
| 7. | **Food and housekeeping supplies** | | 7. $ | *450.00* |
| 8. | **Childcare and children's education costs** | | 8. $ | *0.00* |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | *100.00* |
| 10. | **Personal care products and services** | | 10. $ | *100.00* |
| 11. | **Medical and dental expenses** | | 11. $ | *150.00* |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | *550.00* |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | *50.00* |
| 14. | **Charitable contributions and religious donations** | | 14. $ | *0.00* |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | *0.00* |
| | 15b. | Health insurance | 15b. $ | *0.00* |
| | 15c. | Vehicle insurance | 15c. $ | *133.00* |
| | 15d. | Other insurance. Specify: | 15d. $ | *0.00* |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | *0.00* |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | *552.00* |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | *0.00* |
| | 17c. | Other. Specify:   *Recreational Vehicle* | 17c. $ | *288.00* |
| | 17d. | Other. Specify: | 17d. $ | *0.00* |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | *0.00* |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | *0.00* |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | *0.00* |
| | 20b. | Real estate taxes | 20b. $ | *0.00* |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | *0.00* |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | *0.00* |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | *0.00* |
| 21. | **Other:** Specify: | | 21. +$ | *0.00* |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22.   $ | *4,506.00* |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | *4,509.00* |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | *4,506.00* |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | *3.00* |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Stuart Charles Campbell**
        **Janine Marie Campbell**

                                            Case No.
                                    Debtor(s)   Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **51**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June  5, 2014**                    Signature   **/s/ Stuart Charles Campbell**
                                                        **Stuart Charles Campbell**
                                                        Debtor

Date   **June  5, 2014**                    Signature   **/s/ Janine Marie Campbell**
                                                        **Janine Marie Campbell**
                                                        Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re    *Stuart Charles Campbell*                                   Case No.
         *Janine Marie Campbell*

                                          Debtor(s)            Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$36,548.00** | **2014 YTD: Wife Employment Income** |
| **$-5,351.00** | **2014: Husband Business loss** |
| **$61,237.00** | **2013: Wife Employment Income** |
| **$-10,642.00** | **2013: Husband Business loss** |
| **$59,742.00** | **2012: Wife Employment Income** |
| **$-7,802.00** | **2011: Husband Business loss** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

---

**3. Payments to creditors**

None
☐

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Chase Manhattan Mortgage**<br>**PO BOX 24696**<br>**COLUMBUS, OH 43224** | ***Last three months*** | **$1,508.00** | **$198,478.00** |
| **LBS FINANCIAL CU**<br>**PO BOX 4860**<br>**LONG BEACH, CA 90804** | ***Last three months*** | **$552.00** | **$31,588.00** |
| **Arrowhead Central Credit Union**<br>**550 HOSPITALITY LANE**<br>**SAN BERNARDINO, CA 92408** | ***Last three months*** | **$288.00** | **$18,695.00** |

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Asset Acceptance vs Stuart Campbell TEC1204268* | *Civil* | *Superior Court of the State of California County of Riverside 41002 County Center Drive, Suite 100 Temecula, CA 92591* | *Judgment* |
| *Unifund CCR Partners vs Janine M Caseres RIC1306728* | *Civil* | *Riverside Superior Court 4050 Main Street Riverside, CA 92501* | *Judgment* |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Unifund CCR Partners 8665 Gibbs Drive Ste 150 San Diego, CA 92123* | *Every month* | *Collection for Bank of America- Wages garnished* |

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Fireside Auto Finance PO Box 9080 Pleasanton, CA 94566-9080* | *5/27/2010* | *Vehicle Loan- Car returned in 5/27/2010* |

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *Recreational vehicle caught on fire* | *Insurance paid $3000 to repair* | *10/2013* |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Karen E. Lockhart,  Attorney At Law,  PL* *38975 Sky Canyon Drive* *Suite 211* *Murrieta, CA 92563* | *04/23/2014* | *$2,250.00* *Includes filing fee, credit reports, credit counseling and financial management class.* |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *BBVA Compass*<br>*PO Box 10566*<br>*Birmingham, AL 35296* | *Checking #2310* | *$40.00*<br>*4/2014* |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
*Lisa Marie Terrilla- 6/1998 to 12/1998*
*Janine Campbell- 2004 to present*
*ARthur Caseres III- 1996 to 2003*
*Stuart Campbell- 2004 to present*

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Stuart Charles Campbell* | *6722* | *29060 Geotz Road Sun City, CA 92587* | *Service Only* | *2003 to present* |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Wilkins Tax Service*<br>*30141 Antelope Road D-106*<br>*Menifee, CA 92584-8938* | *2003 to present* |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| *Stuart Charles Campbell* | *28292 Oregon Place*<br>*Sun City, CA 92587* |

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)

8

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### 25. Pension Funds.

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   *June  5, 2014*        Signature   */s/ Stuart Charles Campbell*
                                               **Stuart Charles Campbell**
                                              Debtor

Date   *June  5, 2014*        Signature   */s/ Janine Marie Campbell*
                                                **Janine Marie Campbell**
                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Central District of California

In re    *Stuart Charles Campbell*
       *Janine Marie Campbell*                          Case No. _____

                                Debtor(s)         Chapter     *7* _____

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>***Arrowhead Central Credit Union*** | **Describe Property Securing Debt:**<br>***2002 Four Winds Class C RV***<br>***Valued through Nada***<br>***Location: Oregon Place, Sun City CA 92587*** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>***Chase Manhattan Mortgage*** | **Describe Property Securing Debt:**<br>***3 beds: 2 baths: 1512 sqft***<br>***Moblie Home built 2002*** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain __***Continue monthly payments***__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>***LBS FINANCIAL CU*** | **Describe Property Securing Debt:**<br>***2013 Ford Edge***<br>***Mileage 19,035***<br>***Value through Kelley Blue Book private party value.***<br>***Location: Oregon Place, Sun City CA 92587*** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

B8 (Form 8) (12/08)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>*Sprit Wireless* | **Describe Leased Property:**<br>*2 year cell phone contract* | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   *June 5, 2014*       Signature   */s/ Stuart Charles Campbell*
                                             ***Stuart Charles Campbell***
                                             Debtor

Date   *June 5, 2014*       Signature   */s/ Janine Marie Campbell*
                                             ***Janine Marie Campbell***
                                             Joint Debtor

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)    1998 USBC, Central District of California

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| *Stuart Charles Campbell*<br>*Janine Marie Campbell*<br><br>Debtor. | **DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

---

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | *2,250.00* |
    | Prior to the filing of this statement I have received | $ | *2,250.00* |
    | Balance Due | $ | *0.00* |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        *Includes fees, filing fee, credit counseling, financial management and credit reports.*

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**                    **1998 USBC, Central District of California**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services

*Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.*

*Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.*

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June  5, 2014** | **/s/ Karen E. Lockhart** |
| Date | **Karen E. Lockhart 164220** |
| | Signature of Attorney |
| | **Karen E. Lockhart,  Attorney At Law,  PLC** |
| | Name of Law Firm |
| | **38975 Sky Canyon Drive** |
| | **Suite 211** |
| | **Murrieta, CA 92563** |
| | **(951) 698-5191  Fax: (951) 698-5192** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Karen E. Lockhart**<br>**38975 Sky Canyon Drive**<br>**Suite 211**<br>**Murrieta, CA 92563**<br>**(951) 698-5191 Fax: (951) 698-5192**<br>**164220**<br>**karen@attorneykarenlockhart.com**<br><br><br><br><br>*Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Stuart Charles Campbell**<br>**Janine Marie Campbell**<br><br><br>Debtor(s). | CASE NO:<br><br>CHAPTER:   *7* |
|---|---|
| | **DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LBR 2090-1** |
| | [No Hearing Required] |

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.    I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.    On *(specify date)*  *04/23/2014* , I agreed with the Debtor that for a fee of $ *2,250.00* , I would provide the following services only:

   a.  ■   Prepare and file the Petition and Schedules

   b.  ■   Represent the Debtor at the 341(a) Meeting

   c.  ☐   Represent the Debtor in any relief from stay motions

   d.  ☐   Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e.  ☐   Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f.  ■   Other *(specify)*:
        *Includes filing fee, credit reports, credit counseling and financial management class.*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2012*                                      Page 1                                      **F 2090-1.1.DEC.LTD.SCOPE**

3.       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of the prior page.

Date:      *June  5, 2014*                                         *Karen E. Lockhart,  Attorney At Law,  PLC*
                                                                    Printed name of law firm

I HEREBY APPROVE THE ABOVE:

*/s/ Stuart Charles Campbell*                                        */s/ Karen E. Lockhart*
Signature of Debtor                                                  Signature of attorney

                                                                    *Karen E. Lockhart 164220*
                                                                    Printed name of attorney

*/s/ Janine Marie Campbell*
Signature of Joint Debtor

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

**F 2090-1.1.DEC.LTD.SCOPE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**38975 Sky Canyon Drive**
**Suite 211**
**Murrieta, CA 92563**

A true and correct copy of the foregoing document entitled (*specify*): ___ ***DECLARATION RE: LIMITED SCOPE OF***
***APPEARANCE PURSUANT TO LBR 2090-1*** ___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| *June  5, 2014* | *Karen E. Lockhart 164220* | */s/ Karen E. Lockhart* |
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2006                                                              2006 USBC Central District of California

## United States Bankruptcy Court
### Central District of California

In re   **Stuart Charles Campbell**
        **Janine Marie Campbell**

                                            Debtor(s)

Case No. _____

Chapter    **7**

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,  __Stuart Charles Campbell__ , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☑   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,  __Janine Marie Campbell__ , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☑   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  **June  5, 2014**                    Signature   **/s/ Stuart Charles Campbell**
                                                        **Stuart Charles Campbell**
                                                        Debtor

Date  **June  5, 2014**                    Signature   **/s/ Janine Marie Campbell**
                                                        **Janine Marie Campbell**
                                                        Joint Debtor

B22A (Official Form 22A) (Chapter 7) (04/13)

| | |
|---|---|
| In re __*Stuart Charles Campbell*__<br>__*Janine Marie Campbell*__<br>Debtor(s)<br><br>Case Number: _____<br>(If known) | According to the information required to be entered on this statement<br>(check one box as directed in Part I, III, or VI of this statement):<br><br>☐ **The presumption arises.**<br><br>■ **The presumption does not arise.**<br><br>☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>           ☐ I remain on active duty /or/<br>           ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>           OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>           ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/13) 2

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br> b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.** <br> c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** <br> d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 6,118.00 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 12,372.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 13,360.17</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ 0.00 | $ 0.00 |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ 0.00 | $ 0.00 |
| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ 0.00</td><td>Spouse $ 0.00</td></tr></table> | $ 0.00 | $ 0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>*Father-In-Law*</td><td>$ 450.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td></td><td>$</td><td>$</td></tr></table> Total and enter on Line 10 | $ 450.00 | $ 0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 450.00 | $ 6,118.00 |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                    3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | **6,568.00** |
|---|---|---|---|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ | **78,816.00** |
|---|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence: **CA**   b. Enter debtor's household size: **3** | $ | **67,594.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V or VII. <br> ■ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |  |  |

## Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ | **6,568.00** |
|---|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. |  |  |

| a. |  | $ |
|---|---|---|
| b. |  | $ |
| c. |  | $ |
| d. |  | $ |

| | Total and enter on Line 17 | $ | **0.00** |
|---|---|---|---|
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ | **6,568.00** |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | **1,249.00** |
|---|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |  |  |

| | Persons under 65 years of age | | | Persons 65 years of age or older | |
|---|---|---|---|---|---|
| a1. | Allowance per person | **60** | a2. | Allowance per person | **144** |
| b1. | Number of persons | **3** | b2. | Number of persons | **0** |
| c1. | Subtotal | **180.00** | c2. | Subtotal | **0.00** |

with total: $ **180.00**

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | **575.00** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ **1,898.00** |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ **1,508.00** |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ **390.00** |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | | $ **0.00** |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☒ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | $ **790.00** |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | $ **0.00** |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☒ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ **517.00** |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ **552.00** |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ **0.00** |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ **0.00** |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ **0.00** |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ **0.00** |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | | $ **342.00** |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                    5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | **676.00** |
|---|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | **33.00** |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ | **0.00** |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | **0.00** |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | **0.00** |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | **0.00** |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | **0.00** |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ | **4,235.00** |

<table>
<tr><td colspan="4" align="center">**Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32**</td></tr>
<tr><td rowspan="5">34</td><td colspan="3">**Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.</td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
|---|---|---|---|
| | a. Health Insurance $ **470.00** | | |
| | b. Disability Insurance $ **0.00** | $ | **470.00** |
| | c. Health Savings Account $ **0.00** | | |
| | Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $_____ | | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | **0.00** |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | **0.00** |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **0.00** |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25[*] per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | **0.00** |

[*] Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **43.00** |
|---|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | **0.00** |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ | **513.00** |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |  |  |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | *Arrowhead Central Credit Union* | *2002 Four Winds Class C RV Valued through Nada Location: Oregon Place, Sun City CA 92587* | $ **288.00** | ☐ yes ■ no |
| b. | *Chase Manhattan Mortgage* | *3 beds: 2 baths: 1512 sqft Moblie Home built 2002* | $ **1,508.00** | ■ yes ☐ no |
| c. | *LBS FINANCIAL CU* | *2013 Ford Edge Mileage 19,035 Value through Kelley Blue Book private party value. Location: Oregon Place, Sun City CA 92587* | $ **552.00** | ☐ yes ■ no |
| | | | Total: Add Lines | $ **2,348.00** |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |  |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | *-NONE-* | | $ |
| | | | Total: Add Lines | $ **0.00** |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ | **27.20** |
|---|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | $ **0.00** | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x **4.50** | |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ **0.00** |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ | **2,375.20** |
|---|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ | **7,123.20** |
|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                    7

| | Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION | | |
|---|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ | **6,568.00** |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ | **7,123.20** |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ | **-555.20** |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ | **-33,312.00** |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 51 is less than $7,475\***. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). | | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ | |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | | |

| | Part VII. ADDITIONAL EXPENSE CLAIMS | |
|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

| | Part VIII. VERIFICATION | |
|---|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* <br><br> Date: **June 5, 2014**     Signature: **/s/ Stuart Charles Campbell**<br>**Stuart Charles Campbell**<br>*(Debtor)*<br><br>Date: **June 5, 2014**     Signature **/s/ Janine Marie Campbell**<br>**Janine Marie Campbell**<br>*(Joint Debtor, if any)* | |

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                          8

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**

Income for the Period *12/01/2013* to *05/31/2014*.

*Line 4 - Income from operation of a business, profession, or farm*

Source of Income: **Business Income**

Income/Expense/Net by Month:

|              | Date    | Income      | Expense     | Net         |
|--------------|---------|-------------|-------------|-------------|
| 6 Months Ago: | 12/2013 | $12,186.00 | $9,646.00  | $2,540.00  |
| 5 Months Ago: | 01/2014 | $16,599.00 | $12,971.00 | $3,628.00  |
| 4 Months Ago: | 02/2014 | $12,954.00 | $16,475.00 | $-3,521.00 |
| 3 Months Ago: | 03/2014 | $11,119.00 | $14,636.00 | $-3,517.00 |
| 2 Months Ago: | 04/2014 | $8,936.00  | $13,220.00 | $-4,284.00 |
| Last Month:   | 05/2014 | $12,438.00 | $13,213.00 | $-775.00   |
| Average per month: | | $12,372.00 | $13,360.17 | |
| Average Monthly NET Income: | | | | $-988.17 |

*Line 10 - Income from all other sources*

Source of Income: *Father-In-Law*

Income by Month:

|              | Date    | Income    |
|--------------|---------|-----------|
| 6 Months Ago: | 12/2013 | $450.00 |
| 5 Months Ago: | 01/2014 | $450.00 |
| 4 Months Ago: | 02/2014 | $450.00 |
| 3 Months Ago: | 03/2014 | $450.00 |
| 2 Months Ago: | 04/2014 | $450.00 |
| Last Month:   | 05/2014 | $450.00 |
| Average per month: | | $450.00 |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                            9

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period *12/01/2013* to *05/31/2014*.

*Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions*
Source of Income: *Employment Income*
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | *12/2013* | *$6,118.00* |
| 5 Months Ago: | *01/2014* | *$6,118.00* |
| 4 Months Ago: | *02/2014* | *$6,118.00* |
| 3 Months Ago: | *03/2014* | *$6,118.00* |
| 2 Months Ago: | *04/2014* | *$6,118.00* |
| Last Month: | *05/2014* | *$6,118.00* |
| | Average per month: | *$6,118.00* |

Remarks:
*Co-Debtor is a teacher and only receives 10 pay checks out of the year.  To get her average I took her pay times 10 divided by 12 to get her month average.*

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Karen E. Lockhart 164220**

Address     **38975 Sky Canyon Drive Suite 211 Murrieta, CA 92563**

Telephone   **(951) 698-5191 Fax: (951) 698-5192**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Stuart Charles Campbell<br>Janine Marie Campbell<br>DBA Fabulous Finish<br>AKA Janine Marie Brookham; AKA Janine Marie Caseres** | Case No.: |
| | Chapter:          **7** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __*18*__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **June 5, 2014**                    **/s/ Stuart Charles Campbell**
                                            **Stuart Charles Campbell**
                                            Signature of Debtor

Date:  **June 5, 2014**                    **/s/ Janine Marie Campbell**
                                            **Janine Marie Campbell**
                                            Signature of Debtor

Date:  **June 5, 2014**                    **/s/ Karen E. Lockhart**
                                            Signature of Attorney
                                            **Karen E. Lockhart 164220**
                                            **Karen E. Lockhart,  Attorney At Law,  PLC**
                                            **38975 Sky Canyon Drive**
                                            **Suite 211**
                                            **Murrieta, CA 92563**
                                            **(951) 698-5191   Fax: (951) 698-5192**

Stuart Charles Campbell
28292 Oregon Place
Sun City, CA 92587


Janine Marie Campbell
28292 Oregon Place
Sun City, CA 92587


Karen E. Lockhart
Karen E. Lockhart, Attorney At Law, PLC
38975 Sky Canyon Drive
Suite 211
Murrieta, CA 92563


United States Trustee (RIV)
3685 Main Street
Suite 300
Riverside, CA 92501

24 Hour Fitness
Member Services
PO Box 2689
Carlsbad, CA 92018


ACADEMIC LOAN GRP/GLEL
PO BOX 7860
MADISON, WI 53707


Accounts Recievable Management
PO Box 129
Thorofare, NJ 08086


Affinion Group
PO Box 41869
Nashville, TN 37204-1869


All Dental of Menifee
27192 Newport Road Ste 2
Menifee, CA 92584


Allied Interstate
3000 Corporate Exchange Dr
5th Floor
Columbus, OH 43231


APM Financial Solutions LLC
2C South Gold Drive
Trenton, NJ 08691


Arrowhead Central Credit Union
550 HOSPITALITY LANE
SAN BERNARDINO, CA 92408

Arrowhead Central Credit Union
ATTN: BANKRUPTCY
PO BOX 735
SAN BERNARDINO, CA 92402


ASPEN National Collections
PO Box 5129
SPRING HILL, FL 34611


Asset Acceptance
PO BOX 1630
WARREN, MI 48090


Asset Acceptance
ATTN: BANKRUPCY DEPT
PO BOX 2036
WARREN, MI 48090


Asset Acceptance
PO Box 2036
Warren, MI 48090


Asset Acceptance LLC
c/o Law Office of Timothy Brown
10601-G Tierrasanta Blvd
#4540
San Diego, CA 92124


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046

```
B&T Financial Serives
211 Perry Parkway Ste 6
Gaithersburg, MD 20877


B&T Financial Services
211 Perry Parkway Ste 6
Gaithersburg, MD 20877


BANK OF AMERICA
4060 Ogletown Stanton Road
Newark, DE 19713


BANK OF AMERICA
PO BOX 982235
EL PASO, TX 79998


BANK OF AMERICA
DE5-019-03-07
NEWARK, DE 19714


BANK OF AMERICA
4060 OGLETOWN/STANTON RD
NEWARK, DE 19713


Bank of America
PO Box 15026
Wilmington, DE 19850-5026


Bank Of America
Attn: Bankruptcy NC4-105-02-99
PO Box 26012
Greensboro, NC 27410
```

BANK OF AMERICA
ATTENTION: RECOVERY DEPARTMENT
4161 PEIDMONT PKWY.
GREENSBORO, NC 27410


BANK OF AMERICA
ATTN: BANKRUPTCY NC4-105-0314
PO BOX 26012
GREENSBORO, NC 27410


Bass & Associates
3936 E Fort Lowell Road
Ste 200
Tucson, AZ 85712-1083


Bicycling
PO Box 7308
Red Oak, IA 51591-0308


Bonded Collection Corporation
29 E Madison Avenue
Suite 1650
Chicago, IL 60602


Brachfeld Law Group PC
880 Apollo St Ste 155
El Segundo, CA 90245


CA EMER PHYS *INLAND VALLEY
PO Box 582663
Modesto, CA 95358-0046


California Business Bureau
1711 South Mountain Ave
Monrovia, CA 91016

Calvary Portfolio Services
PO BOX 27288
TEMPE, AZ 85285


Calvary Portfolio Services
ATTENTION: BANKRUPTCY DEPARTMENT
500 SUMMIT LAKE DR. SUITE 400
VALHALLA, NY 10595


CAP1/YMAHA
26525 N RIVERWOODS BLVD
METTAWA, IL 60045


Capital 1 Bank
PO Box 30281
SALT LAKE CITY, UT 84130


Capital 1 Bank
ATTN: BANKRUPTCY DEPT.
PO BOX 30285
SALT LAKE CITY, UT 84130


Capital Management Services, LP
726 Exchange Street Suite 700
Buffalo, NY 14210


Capital One Services
PO Box 85015
Richmond, VA 23285-5015


Cavalry Portfolio Services LLC
PO Box 1017
Hawthorne, NY 10532

CBE Group
1309 Tecnology Pkwy
Cedar Falls, IA 50613


Central Credit Services Inc
PO Box 15118
Jacksonville, FL 32239-5118


CHASE
PO BOX 15298
WILMINGTON, DE 19850


CHASE
PO BOX 6004
RIDGELAND, MS 39158


Chase Manhattan Mortgage
PO BOX 24696
COLUMBUS, OH 43224


Chase Manhattan Mortgage
ATTN: BANKRUPTCY DEPT
3415 VISION DR
COLUMBUS, OH 43219


Citi Cards
PO Box 6000
The Lakes, NV 89163-6000


Citi Cards Services Inc
PO Box 6494
Sioux Falls, SD 57117-6494

Citibank USA
PO BOX 6497
SIOUX FALLS, SD 57117


Citibank USA
CITICORP /ATTN:CENTRALIZED BK
PO BOX 20507
KANSAS CITY, MO 64195


Citibank USA
CITICORP/ATTN:CENTRALIZED BK
PO BOX 20507
KANSAS CITY, MO 64195


City of Canyon Lake
c/o Citation Processing Center
Newport Beach, CA 92658-7275


COAST CENTRAL CREDIT UNION
2650 HARRISON AVE
EUREKA, CA 95501


COMENITY BANK/FASHBUG


COMENITY BANK/LNBRYANT
4590 E BROAD ST
COLUMBUS, OH 43213


COMENITY BANK/PIER 1
4590 E BROAD ST
COLUMBUS, OH 43213

Credit Collection Services
Two Wells Avenue
Dept 773
Newton Center, MA 02459


DISCOVER FIN SVCS LLC
PO BOX15316
WILMINGTON, DE 19850


Enhanced Recovery Company LLC
8014 Bayberry Road
Jacksonville, FL 32256-7412


ER Solutions Inc
PO Box 9004
Renton, WA 98057


ER Solutions Inc
800 SW 39th Street
Renton, WA 98057


Farmers Insurance
PO Box 894883
Los Angeles, CA 90189-4883


Financial Asset Management System
PO Box 451409
Atlanta, GA 31145-9409


Financial Corporation of America
12515 Research Blvd, Bldg 2
Suite 100
Austin, TX 78759

Financial Recovery Service
PO Box 385908
Minneapolis, MN 55438-5908


Fireside Auto Finance
PO Box 9080
Pleasanton, CA 94566-9080


Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228


FMA Alliance
12339 Cutten Road
Houston, TX 77066


Foremost Insurance Company
PO Box 0915
Carol Stream, IL 60132-0915


Frederick J Hanna & Associates
1427 Roswell Road
Marietta, GA 30062


Ge Capital Credit Card
PO BOX 981439
EL PASO, TX 79998


Ge Capital Credit Card
ATTN: BANKRUPTCY
PO BOX 103104
ROSWELL, GA 30076

GE Money Bank
Attn: Bankruptcy Department
PO Box 103014
Roswell, GA 30076


GECRB/Gap
PO BOX 965005
ORLANDO, FL 32896


GECRB/Gap
ATTN: BANKRUPTCY
PO BOX 103104
ROSWELL, GA 30076


GECRB/LOWES
PO BOX 965005
ORLANDO, FL 32896


GECRB/LOWES
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL, GA 30076


Great Lakes
Department of Education
PO Box 530229
Atlanta, GA 30353-0229


HSBC BANK
95 WASHINGTON STREET
BUFFALO, NY 14203


HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084

HSBC Retail Services
PO Box 15521
Wilmington, DE 19850-5521


Intergrity Financial Partners Inc
4370 W 190th Street Ste 100
Leawood, KS 66211


Kaiser Permanente
Parsons West - 4th Floor
393 East Walnut Street
Pasadena, CA 91188


KOHLS/CAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS, WI 53051


Law Office of Timothy Brown
10601-G Tierransanta Blvd #4540
San Diego, CA 92124


Law Office Timothy Brown
10601-G Tierrasanta Blvd
#4540
San Diego, CA 92124


Law Offices of Kenosian & Miele
8581 Santa Monica Blvd Ste 17
West Hollywood, CA 90069


LBS FINANCIAL CU
PO BOX 4860
LONG BEACH, CA 90804

Leading Edge Recovery Solutions
PO Box 129
Linden, MI 48451-0129


McGuigan Law Office, LLC
311 Veterans Hwy Suite 100A
Levittown, PA 19056


MCMAHANS FUR
2350 ATHENS AVE
REDDING, CA 96001


Medical Billing Services
PO Box 19785
Irvine, CA 92623-9785


Midland Credit Management
8875 Aero Drive, Ste 200
San Diego, CA 92123


MIDLAND FUNDING
8875 AERO DR STE 200
SAN DIEGO, CA 92123


MRS Associates
1930 Olney Ave
Cherry Hill, NJ 08003


Nation Financial Group Inc
6110 Executive Blvd Ste 100
Rockville, MD 20852

NCO Financial Services
507 Prudential Road
Horsham, PA 19044


Northland Group Inc
PO Box 390846
Minneapolis, MN 55439


Paul Kingston Esq
Attorneys at Law
6320 Commodore Sloat Dr
Los Angeles, CA 90048-5496


Penncro Associates Inc
95 James Way Ste 113
Southampton, PA 18966-3847


Pinnacle Credit Service
PO Box 5617
HOPKINS, MN 55343


Pinnacle Credit Service
ATTN: BANKRUPTCY
PO BOX 640
HOPKINS, MN 55343


Regional Adjustment Bureau
PO Box 34111
Memphis, TN 38184-0111


Renner
PO Box 4868
Eureka, CA 95502-4868

Richard J Boudreau & Associates
5 Industrial Way
Salem, NH 03079


Riverside Dept of Bldg and Safety
c/o Citation Processing Center
PO Box 2730
Huntington Beach, CA 92647-2730


RJM ACQ LLC
575 UNDERHILL BLVD
SYOSSET, NY 11791


RJM ACQ LLC
575 UNDERHILL BLVD SUITE 224
SYOSSET, NY 11791


RJM Acquisitions LLC
575 Underhill Blvd, Ste 224
Syosset, NY 11791-3416


Sams Club
Attention: Bankruptcy Department
PO Box 105968
Atlanta, GA 30353


Sams Club / GEMB
PO BOX 965005
ORLANDO, FL 32896


Sams Club / GEMB
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL, GA 30076

```
SEARS/CBNA
PO BOX 6189
SIOUX FALLS, SD 57117


Slater, Tenaglia, Fritz & Hunt
PO Box 95000
Philadelphia, PA 19195-4370


Sprit Wireless
6391 Sprint Parkway
Overland Park, KS 66251-4300


STANISCCONTR
914 14TH ST
MODESTO, CA 95353


Superior Court of Cal Riv Co
Processing Center
505 S Buena Vista Rm 201
Corona, CA 92882


Sutter Coast Hospitaal
File 73679
PO Box 60000
San Francisco, CA 94160


TARGET N.B.
PO BOX 673
MINNEAPOLIS, MN 55440


Temecula Valley Paint Inc
27641 Commerce Center Drive
Temecula, CA 92590
```

The Home Depot/CBSD
PO BOX 6497
SIOUX FALLS, SD 57117


The Home Depot/CBSD
CITIBANK ATTN: CENTRALIZED BK
PO BOX 20363
KANSAS CITY, MO 64195


The Press Enterprise
PO Box 22253
Beachwood, OH 44122-0253


The Talent Network
PO Box 78311
Corona, CA 92877


Unifund CCR Partners
8665 Gibbs Drive Ste 150
San Diego, CA 92123


Verizon
PO BOX 26055
MINNEAPOLIS, MN 55426


Verizon
VERIZON WIRELESS DEPARTMENT/ATTN: BANKRU
PO BOX 3397
BLOOMINGTON, IL 61702


Viking Collection Service Inc
PO Box 59207
Minneapolis, MN 55459-0207

Yellow Book
Attention: Customer Service
PO Box 3162
Cedar Rapids, IA 52406-3162